IT IS ORDERED

Date Entered on Docket: May 6, 2019



_____
**The Honorable David T. Thuma**
**United States Bankruptcy Judge**



_____

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re: TIMOTHY MARK ESQUIBEL ,           Case No.: 14−11675−ta7

    Debtor.

### ORDER REOPENING CASE

    This matter came before the Court on a motion to reopen the above−captioned case, filed on April 24, 2019, doc. 16. Being sufficiently advised, the Court FINDS:

    A.    Debtor filed this Chapter 7 case on May 30, 2014.

    B.    On September 8, 2014, a final decree was entered in this matter and the case was closed.

    C.    There is good cause to reopen this case.

    D.    The appointment of a trustee is necessary to protect the interest of creditors and the debtor or to ensure the efficient administration of the case.

    IT IS THEREFORE ORDERED:

    1.    This case is reopened.

    2.    The U.S. Trustee is directed to appoint a trustee to administer this case.

### END OF ORDER ###

COPY TO:

Timothy Mark Esquibel
3829 Madrid Dr NE
Albuquerque, NM 87111

United States Trustee
P.O. Box 608
Albuquerque, NM 87103

Donald Provencio
1721 Carlisle Blvd NE
Albuquerque, NM 87110–5621

nm_oropenappointtr.jsp – 4/29/19